COURTROOM MINUTE SHEET

DATE   6/17/16

CIVIL NO. CIV-16-361-C     CRIMINAL NO. _____

  Citizen Potawatoni Nation     -vs-   State of Oklahoma

United States -vs- _____

COMMENCED 9:30    ENDED  9:45       TOTAL TIME   15 min.

PROCEEDINGS     Hearing on Arbitration Award

JUDGE ROBIN J. CAUTHRON     DEPUTY LINDA GOODE     REPORTER Christy Clark

PLF. COUNSEL    George J. Wright, Gregory M. Quinlan

DFT COUNSEL    Jared B. Haines, Patrick R. Wyrick

| WITNESSES FOR PLAINTIFF | WITNESSES FOR DEFENDANT |
|---|---|
| 1. | 1. |
| 2. | 2. |
| 3. | 3. |
| 4. | 4. |
| 5. | 5. |

ENTER AS ABOVE: cnsl apprs as above; arguments heard; court will enforce arbitration award; written order to be issued.