IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CITIZEN POTAWATOMI NATION, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Case No. CIV-16-361-C |
| | ) |
| STATE OF OKLAHOMA, | ) |
| | ) |
| Defendant. | ) |

**JUDGMENT**

For the reasons set forth in the Order filed this date granting Plaintiff's Application for Confirmation of Arbitration Award, judgment is hereby entered in favor of Plaintiff and against Defendant.

DATED this 21st day of June, 2016.

_____
ROBIN J. CAUTHRON
United States District Judge